United States Bankruptcy Court

Southern District of Florida

Welt,
  Plaintiff                                                                                                  Adv. Proc. No. 23-01129-SMG

PNC Bank, N.A.,
  Defendant

# CERTIFICATE OF NOTICE

District/off: 113C-0                            User: admin                                      Page 1 of 2
Date Rcvd: Dec 06, 2023                   Form ID: CGFI25                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Kenneth A. Welt, c/o Eric J. Silver. Esq., 150 West Flagler Street, Suite 2200, Miami, FL 33130-1545 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2023                     Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2023 at the address(es) listed below:

**Name**              **Email Address**

Adina L Pollan
              on behalf of Defendant PNC Bank  N.A. apollan@mcglinchey.com, nreid@mcglinchey.com

Alisa M Taormina
              on behalf of Defendant Goldman Sachs Bank USA alisa.taormina@morganlewis.com  latreta.foster@morganlewis.com

Eric J Silver
              on behalf of Trustee Kenneth A Welt esilver@stearnsweaver.com
              jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

Eric J Silver
              on behalf of Plaintiff Kenneth A. Welt esilver@stearnsweaver.com
              jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

Eric N Assouline, Esq
              on behalf of Creditor Gerard and Loriann Pineo ena@assoulineberlowe.com  ah@assoulineberlowe.com

District/off: 113C-0 User: admin Page 2 of 2
Date Rcvd: Dec 06, 2023 Form ID: CGFI25 Total Noticed: 1

Kenneth A Welt
    fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz;weltbkc@gmail.com

Kingsley Nwamah
    on behalf of Defendant Goldman Sachs Bank USA kingsley.nwamah@morganlewis.com peggy.martinez@morganlewis.com

Mark A Levy, Esq
    on behalf of Creditor Paul Hawran mark.levy@brinkleymorgan.com
    sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Robert C Furr, Esq
    on behalf of Debtor Absolute Remodeling Concepts LLC ltitus@furrcohen.com
    atty_furrcohen@bluestylus.com;staff1@furrcohen.com

TOTAL: 10

Form CGFI25  (09/07/23)

**United States Bankruptcy Court**
**Southern District of Florida**
www.flsb.uscourts.gov

**Case Number:** 21–21397–SMG

**Adversary Number:** 23–01129–SMG

In re:

**Name of Debtor(s):** Absolute Remodeling Concepts LLC

–––––––––––––––––––––––––––––––––––––––––––––– /

**Kenneth A. Welt**

Plaintiff(s)

ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY <u>BOTH</u> ADVERSARY AND BANKRUPTCY CASE NUMBERS

**VS.**

**PNC Bank, N.A. and Sharon Decarolis**

Defendant(s)
––––––––––––––––––––––––––––––––––––––––––––––/

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within 30 days, pursuant to BR 7012, after the date of issuance of this summons, except that the United States and its offices and agencies must submit a motion or answer to the complaint within 35 days.

**Federal Building**
**299 E Broward Blvd, Room 112**
**Ft Lauderdale FL 33301**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Eric J Silver
150 W Flagler St # 2200
Miami, FL 33130

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012. Pursuant to BR 7007.1, and Local Rule 7003–1(B)(2) corporate defendants must file a corporate ownership statement.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Clerk of Court**

By: <u>Tanesha Graster–Thomas</u>
Deputy Clerk

**Dated:** <u>December 6, 2023</u>

*Page 1 of 2*

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

\_\_\_\_ Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

\_\_\_\_ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

\_\_\_\_ Residence Service: By leaving the process with the following adult at:

\_\_\_\_ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

\_\_\_\_ Publication: The defendant was served as follows: [Describe briefly]

\_\_\_\_ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____    Signature: _____

| Print Name: |
| Address: |
| City:                State:                Zip: |

*Page 2 of 2*